

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

COMEST S. ALLEN,                        §
                    Petitioner,          §
                                         §
vs.                                      §  CIVIL ACTION NO. 9:11-00509-HFF-BM
                                         §
JAMES E. DORRIETY,                       §
                    Respondent.          §

## ORDER

This case was filed as a 28 U.S.C. § 2254 action. Petitioner is proceeding pro se. The matter

is before the Court for review of the Report and Recommendation (Report) of the United States

Magistrate Judge suggesting that the petition be dismissed without prejudice and without requiring

Respondent to file an answer. The Report was made in accordance with 28 U.S.C. § 636 and Local

Civil Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has

no presumptive weight. The responsibility to make a final determination remains with the Court.

*Mathews v. Weber*, 423 U.S. 261, 270 (1976). The Court is charged with making a de novo

determination of those portions of the Report to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or

recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on March 8, 2011, but Petitioner failed to file any

objections to the Report. In the absence of such objections, the Court is not required to give any

explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th

Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set

forth above, the Court adopts the Report and incorporates it herein.  Therefore, it is the judgment

of the Court that the petition is **DISMISSED** *without prejudice* and without requiring Respondent

to file an answer.

To the extent that Petitioner requests a certificate of appealability from this Court, that

certificate is **DENIED**.

**IT IS SO ORDERED**.

Signed this 1st day of April, 2011, in Spartanburg, South Carolina.


s/ Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE


\*\*\*\*\*

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within 30 days from the date

hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.